AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Carlos Mauricio Ajanel-Yac

United States District Court
Southern District Of Texas
FILED
DEC 19 2019
David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number:   M-19-3104-M

IAE   YOB: 1987
Guatemala
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 17, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to ~~Guate~~ Guatemala in pursuance of law, and thereafter was found near ~~Mision~~, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Carlos Mauricio Ajanel-Yac was encountered by Border Patrol Agents near Mission, Texas on December 17, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 17, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on August 27, 2019 through Miami, Florida. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 10, 2019, the defendant was convicted of 8 U.S.C. 1326 and sentenced to six (6) months confinement and one (1) year Supervised release.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Complaint authorized by AUSA _Frances E. Blake on 12/19/2019_

Signature of Complainant

Sworn to before me and subscribed in my presence,

**William A. Dubois**
Printed Name of Complainant

**December 19, 2019**
Date

**J. Scott Hacker**, **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer